**Order entered December 13, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00748-CV

**PARALLEL NETWORKS, LLC, Appellant**

**V.**

**JENNER & BLOCK, LLP, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-01146-E**

## ORDER

We **GRANT** the December 3, 2013 motion of nonresident attorney, Christopher C. Murray, for admission *pro hac vice*. We **DIRECT** the Clerk of this Court to add Christopher C. Murray as counsel *pro hac vice*.

/s/     DAVID LEWIS
           JUSTICE